In the United States District Court
for the Western District of Arkansas

Jerry L. Gater
"plaintiff"

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 15 2020
JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

V.                          No: 2:20-cv-00146-BSM-JJV

Micael D. Carvajal
"Director Federal B.O.P."      "Official and Personal"

DeWayne Hendrix            "Official and Personal"
"Warden FCI Forrest
City Prisons."

This case assigned to District Judge __Miller__
and to Magistrate Judge ____Volpe____

42 USC 1983 Civil Law Suite / Bivens Action.

Comes now "Defendant" Jerry L Gater pro se and hereby moves this court for "IFP" status Under United States v Jerry L. Gater No. (1:15-cr-00052-SNLJ-1)(3th Cir) And United States v. Jerry L. Gater No: 20-2158 (8th Cir. Court of Appeals), and Relief Under 42 USC 1983 for Denial of Due Process of Law, Retailiation, and Recklessly Allowing Defendant To be infected with COVID-19 and in support of states the following:

(1 of 8)

## BACKGROUND

I. Aug. 2, 2019 Defendant was enrolled with Eastern Arkansas Community College's Diesel Technology program and was required to sign a waiver for transfer from FCI Forrest City's-low prison until classes were completed. See Exhbt (A)

II. Nov. 15, 2019 Defendant was transfered to FCI Forrest City's-Camp minimum security prison.

III. Jan. 7, 2020 Defendant filed documets. asking for Informal Resolution. Exhbt (B.)

IV. Jan. 9, 2020 Defendant filed Request for Administrative Remedy. Exhbt. (C.)

V. Jan. 30, 2020 Defendant was returned to FCI Forrest City's-low security prison an enter-complex move.

VI. Mar. 8, 2020 Defendant filed complaints asserting staff at FCI Forrest City-low was Retaliating for Defendant's filings mentioned above. Exhbt. (D.) "To no Avail."

(2 of 8)

VII. Apr. 2, 2020 Diesel Technology Classes at Eastern Arkansas Community College were cancel due to COVID-19 Pandemic. for FCI Forrest City - low prison.

VIII. May 2, 2020 (CDC) Center for Disease Control Tested Defendant for COVID-19

VIIII. May 5, 2020 Defendant's Test Results for COVID-19 came back positive (A) Symptomatic and was subsequently Transfered to "Wynne (B.)" Housing Unit FCI Forrest City low, QUARANTEEN for (21 days).

X. May, 25, 2020 Defendant requested Protective Custody in order to avoid Threats from illegal Drug Gangs operating in Housing Unit "Wynne (B)". Exhbt G - Exhbt G.

ARGUMENT and Authority

Wolf v. McDonnell 418 U.S. 539 (1974)

(3 of 8)

guaranteed inmates their protected liberty interest would not become amiss without procedural protection. The BOP has also implemented a disciplinary process to assure an inmate that if he has been accused of demonstrating prohibited conduct, his liberties would not be restrained unless it is proven by the "same evidence standard" before an "fair and impartial decision-maker". Superintendent v Hill 472 U.S. 445 (1985). When these liberties are withdrawn or restrained it creates an atypical and significant hardship on inmates in relation to the ordinary incidents of prison life. Sandin v Conner 515 U.S. 472 (1995).

The COVID-19 pandemic adds extraordinary circumstances warranting defendant's request for relief. There are strong reasons to believe living in close quarters and in conditions less than ideal for good health and hygiene, are at a significant heightened risk of contracting COVID-19. See e.g., Joseph A. Bick, Infection Control in Jails and Prisons, 45 Clinical Infectious Diseases 1047, 1047 (October 2007), https://doi.org/10.1086/521910 (noting

That in prison "the probability of transmission of potentially pathenogenic organisms is increased by crowding, delay in medical evaluation and treatment"); see also Claudia Lauer & Colleen Long, US Prisons, Jails On Alert for Spread of Coronavirus, Associated Press (Mar. 7, 2020)

Exhaustion of Administrative Remedies

Defendant has exhausted administrative remedies. Defendant submitted a request to Helena Alfa Unit Team on June 1, 2020 to be released from the Protective Custody Segregated Housing Unit. Also, Defendant has requested a form to file for Administrative Remedies all to no avail.

In any event, in the case of United States v. Miller, 16-20222-1 (E.D. Mich. 4-9-2020), the district court found that the exhaustion requirement was not absolute and could be waived. The COVID-19 pandemic merely accentuates Defendant's meritorious claims for relief. In the alternative, the Court may waive the exhaustion

(5 of 8)



requirement if a recognized exception applies United States of America v. Wilson Perez. No 17-CR-513-3 (AT). 2020 WL 1546422, at 2-3 (S.D. N.Y. Apr, 1, 2020): Washington v Bar, 925 F. 3d 109, 118 (2d Cir 2019) "Even where exhaustion is seemingly mandated by statute ... the requirement is not absolute."

COVID-19 is expected to reemerge in the fall. Requiring Defendant to submit another Request to merely indicate a highten vulnerability, due to COVID-19 would be futile. See United States of America v. Teresa Ann Gonzalez, No. 2:18-CR-0232-TOR-15, 2020 WL 1536 155, at 1. (E.D. Wash. Mar 31, 2020) finding the same).

## CONCLUSION
## REASON for GRANTING RELIEF

As initially stated STAFF at FCI forrest City -low complex has denied Defendant Due Process for "retaliation," and has recklessly

(6 of 8)

put Defendant in jeopordy of contracting COVID-19 in the fall.

May 25, 2020 Defendant Requested Protective Custody because of threats toward the Defendant from inmates using drugs that Defendant does not condon and because he smell it in bed at night.

June 1, 2020 Defendant Requested to be released back out, but, to the FCI Forrest City Camp An-intercomplex Transfer by way of Informal Resolution with Inmate Request to Staff to no avail. Defendant has sent numerous Request to Case Manager: Chambers, Unit Manager: Mr. Hawks, LT, Mc Allister and Warden: DeWayne Hendrix, to no avail.

Defendant was born on Jan 8, 1957 and is 63 years of age, he suffers from A-liver disease, (Hep-C) which places the Defendant in a heighten danger to personal safety due to the COVID-19 pandemic. Defendant has exemplary prison behavior with no violations of

(7 of 8)

FCI Forrest City Complex Rules. He has been incarcerated since Dec. 17, 2016 sentenced to 146 month for Possession With Intent Cocaine Base 21 USC 841(b)(1)(C).

Due to the fact FCI Forrest City -low staff continues to deny Defendant Due Process and has placed defendant in "Designate facility level Mismatch" see Exhbt (E) placing Defendant in a maximum security level 15 to 25 setting for nothing but retaliation, even though they have been advised of it, and not protecting Defendant adequately from contracting COVID-19. "Defendant Request This court to award $3,000,000.00 dollars and to Order Defendant be place in a camp or place or environment commensurate to Defendants security level."

Sincerely

Date July, 7, 2020

Jerry L. Gater  42525-044
FCI Forrest City -low
P.O. Box 9000
Forrest City AR 72336

( 8 of 8 )

```
FORBQ           *         INMATE EDUCATION DATA      *      12-12-2019
PAGE 001 OF 001 *              TRANSCRIPT            *      11:29:09

REGISTER NO: 42525-044     NAME..: GATER                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
FOR  ESL HAS   ENGLISH PROFICIENT          04-06-2016 0843 CURRENT
FOR  GED HAS   COMPLETED GED OR HS DIPLOMA  04-06-2016 0842 CURRENT

----------------------- EDUCATION COURSES ---------------------------------
SUB-FACL   DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
FOR SCP    ACCOUNTING 2-3:30P F  CORE 3  09-30-2019 CURRENT
FOR SCP    ALGEBRA 6-8P M                10-02-2019 CURRENT
FOR SCP    DIESEL TECHNOLOGY PROGRAM     08-20-2019 CURRENT
FOR        PHILOSOPHY                    07-03-2019 09-25-2019  P  C  P   10
FOR        EMOTION MNGMT 12-1P W CORE 6  07-02-2019 08-26-2019  P  C  P    6
FOR        RESUME WRITING 12-1P F CORE 2 07-02-2019 08-05-2019  P  C  P    4
FOR        ARCHITECTURAL DRAWING 6-8P T  01-07-2019 03-18-2019  P  C  P   10
FOR        BLDG TRADES 7:30-10:30A M-R   02-28-2018 02-20-2019  P  C  C  540
FOR        INTERVIEW SKILLS 6-7P T CORE 2 01-03-2018 01-31-2018  P  C  P    4
FOR        MENTAL ENRICHMENT 6-7P W COR1  04-24-2017 06-19-2017  P  C  P    6
FOR        RPP STRESS MGT 12-1P W CORE 1  01-03-2017 03-06-2017  P  C  P    4
FOR        TIME MANAGEMENT 2-3P R CORE 6  12-29-2016 02-23-2017  P  C  P    4
FOR        HEALTHY CHOICES 1-2P F CORE 1  12-30-2016 02-17-2017  P  C  P    6
FOR        ORAL COMMS 7-8P W CORE 6       12-28-2016 02-08-2017  P  C  P    6
FOR        DISEASE PREVENTION 1-2P W      12-28-2016 02-01-2017  P  C  P    4
```

Exhbt (A)

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

*Attachment A*

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.18, <u>Administrative</u>
<u>Remedy Program</u>, January 6, 2014, requires, in most cases, that
Inmates attempt informal resolution of grievances prior to filing a
Formal written complaint.  This form shall be used to document your
efforts towards informally resolving your grievance.

Inmate's Name: <u>Jerry L. Gater</u> "*Jerry L. Gater*" Date: <u>01/07/2020</u>

Register Number: <u>42525-044</u>              Unit: <u>Delta # 144 - upper</u>

Specific Complaint (include date) and Requested Relief: <u>I have been</u>
<u>wrongfully terminated and transfered from FCC-low to FCC-camp</u>
<u>against B.O.P. policy for the following reasons I am requesting</u>
<u>to be transfered back to FCC-low, or to a camp that would allow</u>
<u>me to not violate the Eastern Arkansas Community College agreem-</u>
<u>ent that I signed stating I would waive any transfer until I fin-</u>
<u>ished the Diesel Technology program.</u>

**SEE ATTACHED:** <u>Inmate Education Data Transcript date 08/20/2019</u>
<u>Diesel Technology Program.</u> **SEE:** <u>Program Participation p5100.08</u>

Efforts Made By Inmate to Informally Resolve Grievance (be
specific): <u>  **FIRSTLY: Inmate** Request To Staff was delivered to</u>
<u>Case Manager Hawkins immidiately upon my arriva.</u> **SECONDLY:** <u>On</u>
<u>01/07/2020 I mailed an Inmate Request To Staff to Wardon Mr.</u>
<u>Hendrix and both stated the same as the above. "Specific Com-</u>
<u>plaint and Requested Relief." Also I advised Case Manager at</u>
<u>FCC-low Ms Chambers, Vocational Tech Officer Coleman and Ms.</u>
<u>Ping in Education that my transfer would violate the above</u>
<u>stated waiver of transfer with Eastern Arkansas Comm. Col. agre-</u>
<u>ment, which may further harm any additional college eligibility</u>
<u>and harm my standing at Eastern Arkansas Community College.</u>
Counselor's Comments: _____

_____

_____

_____

_____        _____
Correctional Counselor's Review Date        Unit Manager's Review Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: GATER  JERRY L.     42525-044     Delta     FCC-Camp

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

**Part A– INMATE REQUEST**

I have been wrongfully terminated and transfered from FCC-Low to FCC-Camp against B.O.P. policy for the following reasons I am requesting to be transfered back to FCC-Low, or to a camp that would allow me to not violate the Eastern Arkansas Community College agreement that I signed stating I would waive any transfer until I finished the Diesel Technology program.

SEE: "attached," Inmate Education Data Transcript date 08/20/2019, and Diesel Technology Program.  SEE: Program Participation p5100.08

Be advised; I would be satisfied if I were allowed to be able to receive my class books, home-work and finish class at Camp.

DATE 01-09-2020       SIGNATURE OF REQUESTER *Jerry L. Gater*

**Part B– RESPONSE**





RECEIVED   LR   DATE 1/14/20

---

_____ DATE        _____ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**       CASE NUMBER: 1002982 - F1

 

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

_____ DATE        _____ RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN     Printed on Recycled Paper     BP–229(13) APRIL 1982

TRULINCS  42525044 - GATER, JERRY L - Unit: FOR-H-A

----------------------------------------------------------------------------------------

FROM: 42525044
TO: Helena Unit Team
SUBJECT: ***Request to Staff*** GATER, JERRY, Reg# 42525044, FOR-H-A
DATE: 03/08/2020 04:56:07 PM

To: DeWayne Hendrix/warden
Inmate Work Assignment: Rec

Re: Retaliation; On or about January 31, 2020 and February 10, 2020 Inmate to Staff to Dewayne Hendrix was filed and referred to O'Kane U.M.  On 02/14/2020 I filed Bp-S148.055 Requesting Motion for Compassionate Release Under 18 U.S.G. 3582(c)(1)(A)(i) and First Step Act of 2018.  On or about 02/20/2020 I filed a complaint on Counselor Bristol (W.A) for retaliation, both, Inmate to Staff and Bp-S148.055 and personally handed to Counselor Bristol.

COMPLAINT:  The above complaints have been prematurely removed from the computer's Inmate to Staff file.  2ndly, I have not gotten a timely response to the above Bp-S148.055. I was transferred from WA to HA against my will, my visitor request ignored, and pay from the camp garage for January 1, 2020 to January 29, 2020 has not been posted to my account.

BP-A0308
JAN 17

**ADMINISTRATIVE DETENTION ORDER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

FORREST CITY FCI

Institution

Date/Time: 05-25-2020 21:55

TO: Special Housing Unit Officer

FROM: S. LEDFORD, LIEUTENANT _____, (Name/Title)

SUBJECT : Placement of _____ GATER, JERRY L _____, Reg. No. ____ 42525-044 ____, in Administrative Detention

_____(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

__✓__(d)  Is to be admitted to Administrative Detention

__✓__(1)  Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person  has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e)  Is pending transfer or is in holdover status during transfer.

_____(f)  Is pending classification; or

_____(g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this  Correctional  Supervisor's  decision  based  on  all  the  circumstances  that  the  above  named  inmate's  continued  presence  in  the  general population poses a serious threat to life, property, self, staff, other inmates,  or to the security or orderly running of the institution because*

UNVERIFIED PC

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a copy of this Order on

(date / time) ____ 5-25-20 ____ 10:00pm ____

Staff Witness Signature/Printed Name _____ B Jenkins ____ Date 5-25-20

Supervisor 24 hour review of placement: Signature/Printed name _____

* In the case of DHO action, reference to that order is sufficient.  In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy -  Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)

```
   FORB5  606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      04-30-2018
PAGE 001 OF 001                                                      08:03:18
                                (A) IDENTIFYING DATA
REG NO...: |42525-044              FORM DATE: 04-24-2018           ORG: FOR
NAME....: GATER, JERRY L

                                      MGTV: NONE
PUB SFTY: NONE                        MVED:
                                (B) BASE SCORING
DETAINER: (0) NONE                SEVERITY.......: (3) MODERATE
MOS REL.: 86                      CRIM HIST SCORE: (08) 12 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A                 AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                                (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+13  +20    -4        +9       MINIMUM    N/A              IN      DECREASE


G5149       INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



Jerry L. Gater #42525-044
FCI forrest City-low
P.O. Box 9000
forrest City AR 72336



U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR
72335
JUL 13, 20
AMOUNT
$0.00
R2305E124716-09

1000    72201



Clerk's Office
U.S. District Court
600 W Capitol Ave
Suite A-149
Little Rock AR 72201-3325

"Legal Mail"