FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

RECEIVED
U.S. DISTRICT COURT

AUG 2 7 2020

2020 AUG 27  A 9 39    JAMES W. McCORMACK, CLERK
By:
DEP CLERK

August 24, 2020

Jerry L. Gater 42525-044

FCI Forrest City - low

P.O. Box 9000

Forrest City, AR 72336

Re: Jerry L Gater v Carvajal - Case No 2:20-cv 146 BSM-JJV

Dear Clerk;

   Please file the enclosed motion to amend my 42 USC 1983 complaint as directed in the court order. Document #9 has directed me that a Bivens v Six Unknown Name Agents of fed. Bureau of Narcotics claim would be proper and that FTCA claims can only be brought against the United States

   Please return an updated docket sheet to the address above

                                    Sincerely

Date Aug, 24, 2020                  Jerry L Gater

In The United States District Court
for The Eastern District Of Arkansas
Delta Divison

Case No. 2:20 cv 146 BSM-JJV

Jerry L Gater
"Plaintiff"

V.

United States of America
"Defendant"

Motion To Amend Complaint And Cure The
Specific Deficiencies Mentioned in Order
In The United States District Court Eastern District
of Arkansas Delta Division

The Honorable Brian S. Miller And Joe J. Volpe

Pro. Se. Bivens v Six Unknown Agents of fed.
Bureau of Narcotics Claims.

Jerry L Gater
42525-044

# Table Of Contents

Page

Table Of Contents . . . . . . . . . . . . . . . . . . . . . . i

Motion To Amend . . . . . . . . . . . . . . . . . . . . . 1.

Plaintiffs Request for Jury Trial . . . . . . . . . . . . . 2.

Defendants are named . . . . . . . . . . . . . . . . 2,3.

Suing All Defendants Official and Personal . . . . . . 3.

No other lawsuits State or federal . . . . . . . . . . 3.

Place of Confinement . . . . . . . . . . . . . . . . . . 3.

Exhaustion (PLRA) 42 USC 1997 . . . . . . . . . . 3,4.

Statemets of Claims . . . . . . . . . . . . 4,5,6,7,8,9.

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . 9

Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Cases

United States v Gater No. 20-2158 U.S.
Court of Appeals (8th Cir. of Mo. 2020) . . . . . . . . 10,

United States v Miller 16-20222-1(E.D
Mich 4-9-2020 . . . . . . . . . . . . . . . . . . . 4,

(i)

Washington v Bar 925 f 3d. 109, 118
(2d Cir. 2019 . . . . . . . . . . . . . . . . . . . . . 4.

Wilson Perez, No. 17-CR-513-3(AT), 2020 WL
1546422 at 2-3 (S.D.N.Y. Apr. 1, 2020) . . . . . .4.

Statutes

18 USC 1621 . . . . . . . . . . . . . . . . .10.
42 USC 1997 Exhaustion (PLRA) of Adm. Remedies . . .3

Addendom

Request To Staff - Ex(A) . . . . . . . . . . . . .7,8.
Inmate Request To Staff - Ex(B) . . . . . . . . . .8.
Administrative Detention Order - Ex(C) . . . . . . .7.
Inmate Request To Staff - Ex(E) . . . . . . . . . .8.
Male Custody Classification - Ex(f) . . . . . . . .8.

(ii)

In the United States District Court
for the Eastern District of Arkansas
Delta Division

Jerry L. Gater )
    Plaintiff )
)
) 2:20-cv-146-BSM-JJV
)
v. )
)
United States of America )

Motion To Amend Complaint and Cure the
Specific Deficiencies Mentioned in Order

Comes now Plaintif Jerry L. Gater pro se and hereby
moves the Court to Amend Complaint to Bivens
v. Six Unknown Named Agents of fed. Bureau of
Narcotics or Bivens Action Claim, and in support
of states the following:

I. In Bivens v Six Unknown Named Agents of fed Bureau
of Narcotics, 403 U.S. 388 (1971), the Supreme Court
recognized an implied right of action for constit-
utional violations committed by federal actors.

(1)

II. Plaintiff request Jury Trial.    ☒ yes

III. Defendants are Named below.

A. Miss. Brister Case manager H.U. Wynne Alpha.
   FCI forrest City - low
   1400 Dale Bumper Road
   forrest City, AR 72336

Mr. Hanks Unit Manager  H.U. Helena Alpha.
   FCI forrest City - low
   1400 Dale Bumper Road
   forrest City, AR 72336

Mr. Williams Unit Manager H.U. Helena Alpha.
   FCI forrest City - low
   1400 Dale Bumper Road
   forrest City, AR 72336

Miss. Chambers Case manager H.U. Helena Alpha.
   FCI forrest City - low
   1400 Dale Bumper Road
   forrest City, AR 72336

( 2.)

De Wayne Hendrix - Warden Complex
FCI Forrest City - low
1400 Dale Bumper Road
Forrest City, AR 72336

IV. Suing All Defendants in: both official and personal
    Capacity  ☑ yes

V. No other lawsuits in state or federal court dealing
    with the same facts involved in this action.

VI. Place of present confinement: Jerry L Gater
    FCI Forrest City - low P.O. Box 9000
    Forrest City, AR 72336

VII. (PLRA) 42 U.S.C. 1997 Exhaustion of
    Administrative Remedies:

    Exhaustion of Administrative Remedies are the
    heart of Plaintiffs Argument. Plaintiff has proof
    that he has attempted to exhaust administrative
    Remedies and the remaining evidence lies with-in
    the governments records.

(3.)

In any event, in the case of United States v. Miller, 16-20222-1 (E.D. Mich. 4-9-2020), the district court found that the exhaustion requirement was not Absolute And could be waived. see United States of America v. Wilson Perez, No. 17 CR. 513-3 (AT), 2020 WL 1546422, at 2-3 (S.D. N.Y. Apr 1, 2020); Washington v Bar, 925 f. 3d 109, 118 (2d Cir. 2019) ("Even where exhaustion is seemingly mandated by statute ... the requirement is not Absolute."). see statements and explination in Statement of Claims.

**Statement of claim:**

As initially stated, upon Plaintiffs pititioned return to fCI forrest City's-low prison from fCI forrest City's Camp the defendants listed with-in my com-AINT have shown a pattern of deliberate indifference, denial of due process and reckless indangerment towards Plaintiff and in support of Plaintiff states the following.

[A] Ms. Brister has shown deliberate indifference and denied due process and recklessly indangered Plaintiffs safety. During (february 2020) while house in Housing

(4,)

Unit Wynne Alpha, "WA.", I made a number of normal request to Mr Chapman but he transfered and I was directed to Counselor Brister. firstly, I asked Counselor Brister to review someone for approval on my visiting request. This some was Amanda Pearson #573-931-0838 of Sikeston Missouri. Ms Brister outright refused to help me. 2ndly, I asked Ms. Brister to contact Officer Ball at the camp to see if I could get my pay for the month of (January 2020) which also refused to do. February 2020 I filed a type written complaint on Ms. Brister, form BP-S 148-.055 and hand delivered it to her in her office. In-response, she yelled at me for it and said I was getting out of "W.A.", her housing unit. "This was the second time she had yelled at me." Ms. Brister never processed the complaint, but I did think to follow up on it by making the same, exact account of Ms Bristers actions Inmate to Staff on housing Wynne Alpha's computers, and it also was never processed. Afterwards, Ms Brister expressed anger toward me openly in the presense of other prisoners. She yelled at me saying I was getting my ass out of her housing unit and going back to Helena Alpha "HA.". I did not wish to go to "HA." because of bad blood there. Also, because at this

(5)

Time prisoners in H.A. were complaining of being sick of COVID-19 like symptoms. I expressed my desires to the staff at H.A. Ultimately I was substituted out for someone elses designated bed in H.A. and moved there. Tyree Blackman approached me the same day I moved and stated he had been replaced by me for the bed. I caught COVID-19 symptom immediately and had to sleep on the floor in order to comfort myself. I made record of my experience on the dorm inmate computer system. This behavior appears to show reckless, deliberate indifference and denial of due process on Counseler Brister's part. Case Manager Chapman was the first staff I met and he told, "he promised" me that once I finished classes at Eastern Arkansas Community College I would be transfered back to a camp.

[B] Unit Manager Hanks; Mr Williams and Ms. Chambers all represent members of Helena Alpha Unit Team. On March 8, 2020 after personaly asking Mr. Hanks to assist with my visiting request, which, he refused to do, I wrote a report to Warden Hendrix conserning the issues and Mr Hanks refused to process it. He said send it to him since his name is on it. It was sent Warden Hendrix but I never got any kind of a response back.

( 6 )

Afterwards I filed a Request to Staff see Ex (A), and the H.A. Unit Team refuse to answer it also. Ms Chambers may have bee on leave with COVID-19 like symptons at this time. This is a due process violation and it shows deliberate indifference, because it is there job, and because they answer other prisoners Request and process them. On May 5, 2020 the CDC center for disease control came in and started testing HA. I was diagnossed COVID-19 positive and quarantined in Wynne Beta where Ms. Brister frequented. Due to a misunderstanding on May 25, 2020 I had to ask for Administrative Detention see Ex (C). However, on June 10, 2020 I wrote HA. Unit Team asking to be released from Detention, "After realizing it may all have been a staged hoax" yet I again got no response. Afterwards on June 29, 2020 I wrote one "Inmate Request to Staff BP-S148.055" to addresed to Mr. Hanks, Mr. Williams and Ms Chambers requesting forms to file for my right to the Prison litigation Act but again I got no response. All or most of the guards in the detention unit can witness to these assertions because they have to review all of our mail. "Officer Peeler, Officer Breeden, and others have like Lt. McAllister whom I asked to talk to HA Team about these request."

(7)

Aug, 5, 2020 again I attempted to start up the prison litigation process Ex(B) and I had Officer Breeden make the copy before I handed it to him to put into the staff mail box. Again it was to no avail. This is deliberate indifference and denial of due process. It could be considered Recklessness because I am a low level prisoner with camp, Non violent Soore Note being housed with medium and USP prisoners. Ms Chambers said they may have to raise my institutional points just to keep me here. She, Ms Chambers does visit the detention unit but no one has brought the forms or answered to the denial of them. This is deliberate indifference and denial of due process. It can also be Reckless in-dangerment. At present I have no conduct violation and I have camp points but against institutional rules I am presently being housed with violent prisoners with medium points and USP points against my wishes, and my constitutional rights. Ex(F)

[C]  On March 9, 2020 I tried to contact Warden DeWynne Hendrix to inform him of the request I made to W.A. Team and to H.A. Team but again I got no response Ex(A) and Ex(E). After June 25 I filed Inmate Request

( 8 )

TO STAff directly TO DeWynne Hendrix and again I got no Response. In it I ask that he look into the matter and see To it that I be allowed To proceed with the (PLA) in order for me To be released from fCl forrest City's-low Administrative Detention.

## Conclusion:

In order To return from the camp To the low prison I had TO wave a safety factor of some sort because of camp points. I have no conduct violation of any institutional Rules. fCl forrest City low staff has for the past 90 days held me in maximum security for nothing more Than a staged hoax possibly for retaliation and claiming they are Trying To make up There mind as To what To do. "Maybe transfer they say" but the BOP has halted all transfers, because of the COVID-19 pandemic, so its not a plausible option. However an intercomplex transfer is done with-in the three prison sites at forrest City. forrest City has a camp, a low, and a medium all run by DeWynne Hendrix.

( 9 )

Relief:

Based on the state facts I feel my life could be in imminent danger of serious physical injury, therefore, I want the waiver to come to the low to be voided and to keep my camp points in place. I want a settlement consisting of an agreement for the harm caused to me and my Motion for Compassionate Release United States v Jerry L. Gater No 20-2158 U.S. Court of Appeals 8th Circuit of Missouri. I want proper placement in an inviorenment appropriate for my security level and to be released from Administrative Custody and $3,000,000.

I declare under penalty of perjury (18 U.S.C. 1621) that the foregoing is true and correct.

Executed on this 24th day of August, 2020

Jerry L Gater

Jerry L. Gater
42525-044

(10)

TRULINCS 42525044 - GATER, JERRY L - Unit: FOR-H-A

----------------------------------------------------------------------------------------------------

FROM: 42525044
TO: Helena Unit Team
SUBJECT: ***Request to Staff*** GATER, JERRY, Reg# 42525044, FOR-H-A
DATE: 03/08/2020 04:56:07 PM

To: DeWayne Hendrix/warden
Inmate Work Assignment: Rec

Re: Retaliation; On or about January 31, 2020 and February 10, 2020 Inmate to Staff to Dewayne Hendrix was filed and referred to O'Kane U.M. On 02/14/2020 I filed Bp-S148.055 Requesting Motion for Compassionate Release Under 18 U.S.G. 3582(c)(1)(A)(i) and First Step Act of 2018. On or about 02/20/2020 I filed a complaint on Counselor Bristol (W.A) for retaliation, both, Inmate to Staff and Bp-S148.055 and personally handed to Counselor Bristol.

COMPLAINT: The above complaints have been prematurely removed from the computer's Inmate to Staff file. 2ndly, I have not gotten a timely response to the above Bp-S148.055. I was transferred from WA to HA against my will, my visitor request ignored, and pay from the camp garage for January 1, 2020 to January 29, 2020 has not been posted to my account.

Ex. A

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM

SEP 98

U.S. DEPARTMENT OF JUSTICE

Exhbt. #

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ms. Chambers-Mr. Hurks-Mr. Williams / HA-Team | DATE: Aug 5, 2020 |
|---|---|
| FROM: Jerry Gates | REGISTER NO.: 42525-044 |
| WORK ASSIGNMENT: COVID-19 | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I need a "BP-8" To file a complaint for; #1. Denial of due process ; #2. Retailiation; #3. Recklessly allowing me to be infected with COVID-19; Of; And #4 Opening my legal mail.

I have previously Requested a "BP-8" on June 10, 2020 Afterwards I had Requested The Officers, "L.T. McAllister" and others in the "SHU" to provide me with a "BP-8". Also I have sent a Request To the Warden D. Hendrix but no one has provided one. I even borrowed a "B.P.8." from an inmate and filed it but got no response. Please send me a "BP-8" for the above stated reasons.

(Do not write below this line)

DISPOSITION:

Ex.(B)

Signature Staff Member

Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-A0308
JAN 17

**ADMINISTRATIVE DETENTION ORDER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

_____FORREST CITY FCI_____
Institution

Date/Time: **05-25-2020 21:55**

TO: Special Housing Unit Officer

FROM: **S. LEDFORD, LIEUTENANT** _____, (Name/Title)

SUBJECT : Placement of _____ **GATER, JERRY L** _____, Reg. No. ____ **42525-044** ____, in Administrative Detention

_____(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

___✓___(d)  Is to be admitted to Administrative Detention

___✓___(1)  Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person  has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e)   Is pending transfer or is in holdover status during transfer.

_____(f)   Is pending classification; or

_____(g)   Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates,  or to the security or orderly running of the institution because*

UNVERIFIED PC

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) ____ **5-25-20** _____ **10:00pm**

Staff Witness Signature/Printed Name _____ **B Jerkins** ____ Date **5-25-20**

Supervisor 24 hour review of placement: Signature/Printed name _____

\* In the case of DHO action, reference to that order is sufficient.  In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy -  Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)

Ex. C

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DeWayne Hendrix/warden | DATE: 03/09/2020 |
|---|---|
| FROM: Jerry L. Gater | REGISTER NO.: 42525-044 |
| WORK ASSIGNMENT: REC | UNIT: HA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in-order to successfully respond to your request.

Re: Retaliation; On or about January 31, 2020 and February 10, 2020. Inmate to Staff to DeWayne Hendrix was filed and referred to O'Kane U.M. Housing Unit W.A.:

On 02/14/2020 I filed Bp-s148.055 requesting Motion for Compassionate Release Under 18 U.S.G. 3582(c)(1)(A)(i) and the First Step Act of 2018.

On or about 02/20/2020 I filed a complaint on Counselor Bristol at Housing Unit H.A. for Retaliation, both, Inmate to Staff and Bp-S148.055, and personally handed to Counselor Bristol.

COMPLAINT: The above complaints have been prematurely removed from the computer's Inmate to Staff file. 2ndly, I have not gotten a timely response to the above Bp-S148.055. I was transferred from W.A. to H.A. against my will, my visitor request ignored and pay from January 1, 2020 to January 29, 2020 has not been posted.

(Do not write below this line)

DISPOSITION:

Ex. (E)

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

```
FORB5  606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      04-30-2018
PAGE 001 OF 001                                                    08:03:18
                              (A) IDENTIFYING DATA
REG NO..: 42525-044           FORM DATE: 04-24-2018        ORG: FOR
NAME....: GATER, JERRY L

                              MGTV: NONE
PUB SFTY: NONE                MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE                   SEVERITY.......: (3) MODERATE
MOS REL.: 86                         CRIM HIST SCORE: (08) 12 POINTS
ESCAPES.: (0) NONE                   VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A                    AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED    DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%         PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD           TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE           FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+13  +20    -4        +9       MINIMUM    N/A               IN     DECREASE


G5149     INMATE/DESIG FACL LEVEL MISMATCHED. HAVE DSCC ADD A MGTV
G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

