**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JERRY L. GATER**                                                              **PLAINTIFF**
**Reg. #42525-044**

**v.**                                        **CASE NO. 2:20-CV-00146-BSM**

**MICHAEL D. CARVAJAL,** *et al.*                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE