IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERRY L. GATER
   PLAINTIFF

v.      2:20-cv-00146-BSM

CARVAJAL et al,
   DEFENDANT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 22 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

2021 MAR 22 A 8:53

---

## MOTION TO DISMISS

---

**WHEREAS**, Jerry L. Gater acting pro se and in his legal capacity moves the court to dismiss and or vacate the MOTION FOR RECONSIDERATION and also to dismiss and or vacate the BIVENS CLAIM.

March, 15, 2021
DATE

SINCERELY

Jerry L. Gater
JERRY L. GATER