IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERRY L. GATER                                                                                    PLAINTIFF
Reg. #42525-044

v.                            CASE NO. 2:20-CV-00146-BSM

MICHAEL D. CARVAJAL, *et al.*                                                          DEFENDANTS

## ORDER

Jerry Gater's motion for reconsideration [Doc. No. 51] is denied. *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (motion for reconsideration not for new legal theories or evidence that could have previously been presented). Gater's motion to dismiss [Doc. No. 52] is denied.

IT IS SO ORDERED this 24th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE