IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY L. GATER**  **PLAINTIFF**
Reg. #42525-044

v.  CASE NO. 2:20-CV-00146-BSM

**MICHAEL D. CARVAJAL,** *et al.*  **DEFENDANTS**

## ORDER

Jerry Gater's motion for reconsideration [Doc. No. 50] is denied. *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (motion for reconsideration not for new legal theories or evidence that could have previously been presented). Gater's motion to dismiss [Doc. No. 51] is denied.

IT IS SO ORDERED this 24th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE